NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* STATE OF NEW YORK, Respondent. (Claim No. 28761.)

Argued April 26, 1955; decided June 10, 1955.

*William R. Stevens, Gerald E. Dwyer* and *James L. More* for appellant.

*Jacob K. Javits, Attorney-General (John R. Davison* and *Henry S. Manley* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.